# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-

**DARREN ANTHONY SMITH**

Case Number: 6:09-CR-42-ORL-22GJK

USM Number: 09299-003

Clarence W. Counts, Jr., AFPD
201 S. Orange Avenue, Suite 300
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One, Two, Three, Four, Five, Six, Seven, Eight, Nine, Ten, Eleven, Twelve, Thirteen and Fifteen of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to Notify Ten Days Prior to Any Change in Residence | November 10, 2008 |
| Two | New Criminal Conduct, Driving While License Suspended | January 16, 2009 |
| Three | Travel Outside the District Without Permission | January 16, 2009 |
| Four | Failure to Notify the Probation Officer Within Seventy-Two Hours After Being Arrested or Questioned by a Law Enforcement Officer | January 19, 2009 |
| Five | New Conviction for Conduct, Driving Under the Influence | February 5, 2009 |
| Six | New Conviction for Conduct, Operating a Vehicle While License Suspended | February 5, 2009 |
| Seven | New Conviction for Conduct, Refuse to Accept/Sign Summons | February 5, 2009 |
| Eight | New Criminal Conduct, Open Container | February 5, 2009 |
| Nine | Travel Outside the District Without Permission | February 5, 2009 |
| Ten | Failure to Notify the Probation Officer Within Seventy-Two Hours After Being Arrested or Questioned by a Law Enforcement Officer | February 8, 2009 |
| Eleven | Failure to Report | March 2, 2009 |
| Twelve | Failure to Submit to Urinalysis | April 15, 2009 |
| Thirteen | New Conviction for Conduct, Organized Fraud | May 26, 2009 |
| Fifteen | Failure to Participate in Drug Aftercare Treatment | June 4, 2009 |

Condition 14 is dismissed upon the motion of the Government.

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

11/20/2009

ANNE C. CONWAY
CHIEF UNITED STATES DISTRICT JUDGE

November 23, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 Months**. This term is consecutive with the terms of any future sentencings.

The Court recommends to the Bureau of Prisons the Defendant be afforded the opportunity to participate in a drug abuse treatment program.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By:_____  
Deputy U.S. Marshal

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-  Case No. 6:09-cr-42-Orl-22GJK

DARREN ANTHONY SMITH

---

## ACKNOWLEDGMENT OF RIGHT TO APPEAL

I, DARREN ANTHONY SMITH, have been fully advised by the Court of my right to appeal and understand that I will have waived my right to appeal in this case unless I file a notice of appeal (i) within ten (10) days after entry of the judgment or order appealed from or (ii) within ten (10) days after the filing of a timely notice of appeal by the Government, if the Government files an appeal.

I further understand that my attorney may file the notice of appeal or that I may appeal by notifying personally the Clerk of the Court of my desire to appeal in sufficient time to allow the Clerk to file the notice before the expiration of the above-mentioned ten (10) day period.

I have been advised of my right to be represented by counsel for the appeal and understand that I may have counsel appointed by the Court to represent me on the appeal at no cost to me if I am unable to afford counsel.

I further acknowledge that I understand this document and that either I have read this Acknowledgment of Right to Appeal or that it has been read to me.

DATED in Orlando, Florida on this 20th day of November, 2009.

_____
DARREN ANTHONY SMITH